**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

CASSANDRA WOODS and                                                                      PLAINTIFFS
PAUL WOODS

v.                                              No. 4:13CV00286 JLH

PFIZER, INC.                                                                              DEFENDANTS

## ORDER OF DISMISSAL

Having been notified by defendant's counsel that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against the defendant be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for thirty (30) days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 7th day of August, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE